KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
SOPHY MANES (State Bar No. 287583)
smanes@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:    415 576 0200
Facsimile:    415 576 0300

Attorneys for Plaintiff
NUTRANEXT BUSINESS, LLC

**IT IS SO ORDERED**
*Judge Yvonne Gonzalez Rogers*
1/16/19

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NUTRANEXT BUSINESS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>BLUEBONNET NUTRITION CORPORATION,<br><br>   Defendant. | Civil Action No. 18-cv-06760-YRG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nutranext Business, LLC voluntarily dismisses this action against Defendant Bluebonnet Nutrition Corporation ("Defendant") without prejudice.  This Notice of Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment..

DATED: January 15, 2019           Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/Gregory S. Gilchrist*
       GREGORY S. GILCHRIST

Attorneys for Plaintiff
NUTRANEXT BUSINESS, LLC



71487472V.1